# UNITED STATES DISTRICT COURT

Eastern **District of** California

RODNEY CHARLES EILAND
                  Plaintiff (s),

V.

SACRAMENTO COUNTY MAIN JAIL
    MEDICAL FACILITY, et al.
                 Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 2:18-cv-1042 MCE KJN P

Notice is hereby given that, subject to approval by the court, __County of Sacramento__ substitutes
                                                                            (Party (s) Name)

__Van Longyear__, State Bar No. __84189__ as counsel of record in
(Name of New Attorney)

place of __Peter C. Zilaff__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Longyear, O'Dea & Lavra, LLP

    Address: 3620 American River Drive, Suite 230, Sacramento, CA 95864

    Telephone: (916) 974-8500      Facsimile (916) 974-8510

    E-Mail (Optional): longyear@longyearlaw.com

I consent to the above substitution.      /s/ Traci F. Lee

Date: February 27, 2019      Traci F. Lee
                                                     (Signature of Party (s))

I consent to being substituted.      /s/ Peter C. Zilaff

Date: February 27, 2019      Peter C. Zilaff
                                                    (Signature of Former Attorney (s))

I consent to the above substitution.      /s/ Van Longyear

Date: February 27, 2019      Van Longyear
                                                    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: March 4, 2019      /s/ Kendall J. Newman
                                                   Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**